UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY A. HASS, | |
| | Plaintiff, |
| -against- | |
| BELLCO FEDERAL CREDIT UNION, et al., | |
| | Defendants. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

1:21-cv-03896-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

In light of the notice of dismissal filed by Plaintiff [ECF No. 19], which was rejected by the Clerk's Office only for a filing deficiency, this action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar as long as the application to restore the action is made by October 20, 2021.  If no such application is made by that date, today's dismissal of the action is with prejudice.

**SO ORDERED.**

**Date:  October 7, 2021**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge